AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EURO MARINE GROUP LTD., <br> *Plaintiff(s)* <br> v. <br> LEGACY SUPERYACHTS, ALEXANDER THIRIAT, JOSEPH LAZZARA, IAN OMBRES, and DNY OLD, LLC <br> *Defendant(s)* | Civil Action No. 0:23-cv-61722-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Legacy Superyachts
1535 SE 17th Street, Suite 119
Fort Lauderdale, Florida 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Oliver Alan Ruiz
John Cyril Malloy, III
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/08/2023

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

EURO MARINE GROUP LTD.,

*Plaintiff(s)*

v.  Civil Action No. 0:23-cv-61722-WPD

LEGACY SUPERYACHTS, ALEXANDER THIRIAT, JOSEPH LAZZARA, IAN OMBRES, and DNY OLD, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alexander Thiriat
1535 SE 17th Street, Suite 119
Fort Lauderdale, Florida 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Oliver Alan Ruiz
John Cyril Malloy, III
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 09/08/2023


*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EURO MARINE GROUP LTD.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>LEGACY SUPERYACHTS, ALEXANDER THIRIAT, JOSEPH LAZZARA, IAN OMBRES, and DNY OLD, LLC<br><br>*Defendant(s)* | Civil Action No. 0:23-cv-61722-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
　　　　Joseph Lazzara
　　　　1535 SE 17th Street, Suite 119
　　　　Fort Lauderdale, Florida 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Oliver Alan Ruiz
　　　　John Cyril Malloy, III
　　　　Malloy & Malloy, P.L.
　　　　2800 S.W. Third Avenue
　　　　Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  09/08/2023

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EURO MARINE GROUP LTD., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 0:23-cv-61722-WPD |
| LEGACY SUPERYACHTS, ALEXANDER THIRIAT, JOSEPH LAZZARA, IAN OMBRES, and DNY OLD, LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Ian Ombres
    1535 SE 17th Street, Suite 119
    Fort Lauderdale, Florida 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Oliver Alan Ruiz
    John Cyril Malloy, III
    Malloy & Malloy, P.L.
    2800 S.W. Third Avenue
    Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 09/08/2023

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EURO MARINE GROUP LTD., <br><br> *Plaintiff(s)* <br> v. <br> LEGACY SUPERYACHTS, ALEXANDER THIRIAT, JOSEPH LAZZARA, IAN OMBRES, and DNY OLD, LLC <br><br> *Defendant(s)* | Civil Action No. 0:23-cv-61722-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DNY Old, LLC
850 N.E. 3rd Street
Suite 113
Dania Beach, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Oliver Alan Ruiz
John Cyril Malloy, III
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  09/08/2023


*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court